In my opinion, the court's order did not constitute an abuse of discretion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL ARMOCIDA, Appellant.—

Hopkins, Acting P. J., Munder, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE J. CAHILL, Appellant.—

Hopkins, Acting P. J., Munder, Christ, Brennan and Benjamin, JJ., concur.